# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FLORIDA GAS TRANSMISSION
COMPANY, LLC

VERSUS

TEXAS BRINE COMPANY, LLC

NO. 2019 CW 1407

**MAR 0 4 2020**

---

In Re:    Occidental Chemical Corporation, OXY USA, Inc., and Occidental Petroleum Corporation, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 34316.

---

**BEFORE:    GUIDRY, WELCH, AND BURRIS,[1] JJ.**

**WRIT DENIED AS MOOT.** We note that after the underlying writ application seeking review of the September 24, 2019 "Case Management Order" was filed, the trial court issued an "Amended and Restated Case Management Order" on January 8, 2020. Relators have sought supervisory review of the January 8, 2020 Order in **2020 CW 0141.** Accordingly, the instant writ application is moot.

**JMG**
**JEW**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.